# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KITREA JACKSON, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:22-CV-2186-WMR |
| GIRLS GALORE, INC., et al., | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for failure to file proof of service within the time allotted.

Dated at Atlanta, Georgia, this 19th day of October, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/Jill Ayers
         , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 19, 2023
Kevin P. Weimer
Clerk of Court

By:   s/Jill Ayers
         Deputy Clerk